**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michelle Enser and Linda Enser,     **File No. 07-cv-03318 PAM/JSM**

    Plaintiffs,

vs.                                                                                  **ORDER**

Creditors Financial Group, LLC,
and Craig Osborne,

    Defendant.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                  **BY THE COURT**

Dated: May 15, 2008     s/Paul A. Magnuson
                                 The Honorable Paul A. Magnuson
                                 Judge of United States District Court